FILED

**NOT FOR PUBLICATION**

JAN 25 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10131 |
| Plaintiff - Appellee, | D.C. No. 3:06-CR-00542-MHP |
| v. | |
| DAVID SIMCHO, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Marilyn H. Patel, District Judge, Presiding

Submitted January 11, 2010 [**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

David Simcho appeals from his guilty-plea conviction and two concurrent

27-month sentences for aiding or assisting in the preparation of false tax returns, in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EF/Research

violation of 26 U.S.C. § 7206(2), and tax evasion, in violation of 26 U.S.C. § 7201. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Simcho's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.** However, we **REMAND** sua sponte for the limited purpose of considering whether the judgment is consistent with the district court's oral pronouncement regarding special condition of supervised release # 1. *See, e.g., United States v. Hicks*, 997 F.2d 594, 597 (9th Cir. 1993).